UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

BETTY CHARLES,

    Plaintiff,

v.

MERRIL A. WINCHESTER
WINCHESTER, PATTON, AND BURGESS,
P.S.C., McCREARY CHRISTIAN CENTER,
INC., and JOHN AND JANE DOES
    Defendants.

Civil Action No. 6:15-CV-113-KKC

**JUDGMENT**

In accordance with the opinion and order entered on this date, the Court hereby ORDERS and ADJUDGES as follows:

1) the defendants' motion to dismiss (DE 12) is GRANTED;

2) the plaintiff's claim under the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1961, *et. seq.* is DISMISSED with prejudice;

3) the plaintiff's state-law claims under Kentucky's identity theft statute, KRS § 514.160 and Kentucky's Consumer Protection Act, KRS § 367.110, *et seq.* are DISMISSED without prejudice;

4) this action is DISMISSED and STRICKEN from the Court's active docket; and

5) this judgment is FINAL and APPEALABLE.

Dated February 17, 2017.



KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY